## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL N. MBULU a/k/a DAN N. GODFREY,**<br><br>Plaintiff, *pro se*,<br><br>v.<br><br>**BUREAU OF NATIONAL AFFAIRS, INC.,**<br><br>Defendant. | Civil Action No.  04-1540 (JDB) |

### ORDER

Upon consideration of the parties' cross-motions for summary judgment and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this 28th day of February, 2006, hereby

**ORDERED** that [35] plaintiff's motion is **DENIED**; it is further

**ORDERED** that [36] defendant's motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendants on all claims.

          /s/ John D. Bates
          JOHN D. BATES
          United States District Judge

Copies to:

Daniel N. Mbulu
12834 Enclave Drive
Orlando, FL  32837
Email: myattorney20042005@yahoo.com

    *Pro se plaintiff*


Deborah J. Israel
Louis J. Rouleau
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 I Street, NW, 7th Floor
Washington, DC  20005
Email: disrael@wcsr.com
Email: lrouleau@wcsr.com

    *Counsel for defendant*